10/14/2015 10:14 AM DJ

**THE STATE OF TEXAS**                    {}    **IN THE SIXTH DISTRICT COURT**

**VS.      CAUSE NO. 26073**              {}    **OF**

**STONEY JOE CAPELL**                     {}    **LAMAR COUNTY, TEXAS**

FILED IN
6TH COURT OF APPEALS
TEXARKANA, TEXAS
10/27/2015 2:15:09 PM
DEBBIE AUTREY
Clerk

**NOTICE OF APPEAL**

O THE HONORABLE JUDGE OF SAID COURT:

Now comes Stoney Joe Capell, Defendant in the above styled and numbered cause and gives this written notice of appeal of the Judgment of Conviction and Sentence herein rendered in this case.

Signed on this the 14th day of October, 2015.

Attorney for the Defendant
State Bar No.

Defendant